# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01940-RBJ

MATT WALEWSKI,
individually and on behalf of all others similarly situated,

                Plaintiff,

v.

WEYERHAEUSER NR COMPANY, d/b/a WEYERHAEUSER COMPANY,
a Washington state corporation,

                Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Matt Walewski ("Plaintiff") and Defendant Weyerhaeuser Company ("Weyerhaeuser"), through their undersigned counsel, hereby stipulate to the voluntary dismissal of all claims and causes of action in this case, with prejudice, without any findings of liability, wrongdoing, admissions, fault, or damages of any kind and with Plaintiff and Weyerhaeuser each bearing his or its own attorneys' fees and costs.

Date: August 30, 2019

/s/Jacob M. Polakoff
Shanon J. Carson
Lawrence Deutsch
Jacob M. Polakoff
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: scarson@bm.net
       ldeutsch@bm.net
       jpolakoff@bm.net

|  |  |
|---|---|
|  | E. Michelle Drake<br>Joseph C. Hashmall<br>BERGER MONTAGUE PC<br>43 SE Main Street, Suite 505<br>Minneapolis, MN 55414<br>Telephone: (612) 594-5999<br>Facsimile:  (612) 584-4470<br>Email: emdrake@bm.net<br>          jhashmall@bm.net<br><br>Franklin D. Azar<br>H. Zachary Balkin<br>Keith R. Scranton<br>FRANKLIN D. AZAR & ASSOCIATES, PC<br>14426 East Evans Avenue<br>Aurora, CO 80014-1474<br>Telephone:  (303) 757-3300<br>Facsimile:  (303) 759-5203<br>Email: azarf@fdazar.com<br>          balkinz@fdazar.com<br>          scrantonk@fdazar.com<br><br>Charles E. Schaffer<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Telephone:  (215) 592-1500<br>Facsimile:  (215) 592-4663<br>Email: cschaffer@lfsblaw.com<br><br>*Counsel for Plaintiff and the Proposed Classes* |
| Date: August 30, 2019 | /s/Robert C. Collins III<br>Craig M.J. Allely, #17546<br>Daniel Graham, #45185<br>Michael A. Sink #36064<br>PERKINS COIE LLP<br>1900 Sixteenth Street, Suite 1400<br>Denver, CO  80202-5255<br>Telephone:  (303) 291-2300<br>Facsimile:  (303) 291-2400<br>Email: CAllely@perkinscoie.com<br>          DGraham@perkinscoie.com<br>          Msink@perkinscoie.com |

Mark S. Mester (*pro hac vice*)
Mary Rose Alexander (*pro hac vice*)
Robert C. Collins, III (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
Email: mark.mester@lw.com
          mary.rose.alexander@lw.com
          robert.collins@lw.com

*Attorneys for Defendant Weyerhaeuser Company*